UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Case No.: 4:04 CV-18 H3



AMERICAN ALTERNATIVE INSURANCE )
CORP., )
) STIPULATION OF DISMISSAL
) WITH PREJUDICE
vs. )
)
WEST PHARMACEUTICAL SERVICES, INC., )
)
        Defendant. )

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice.

This the 28th day of June, 2005.

            FREDERIC E. TOMS & ASSOCIATES, PLLC
            Attorneys for Plaintiff

By:   Allen Mills, SB # 30020
      103-A Kilmayne Drive
      Cary, N. C. 27511
      Telephone: (919) 467-3294

            YATES, MCLAMB & WEYHER, LLP
            Attorneys for Defendant

By:   Scott A. Scurfield, SB # 3558
      PO Box 2889
      Raleigh, NC 27602-2889
      Telephone: (919) 835-0900

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORP., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| WEST PHARMACEUTICAL SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following documents were served by U.S. Mail on:

Allen Mills
Frederic E. Toms & Associates, P.L.L.C.
103-A Kilmayne Drive
Cary, NC 27511.

This 28th day of June, 2004.

YATES, MCLAMB & WEYHER, LLP
Attorneys for Defendant

By: _____
Scott A. Scurfield
PO Box 2889
Raleigh, NC 27602-2889
Telephone: (919) 835-0900

Documents Served: Stipulation of Dismissal and Certificate of Service